

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00648-CV

Rudolph **RESENDEZ** Jr.,
Appellant

v.

**STATE OF TEXAS,** Jesus M. Peralta, William Stephens, David Baker, Sylvia A. Cortez, and
Joe Penn.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

On January 24, 2018, we dismissed this appeal for lack of jurisdiction. Before the appeal was dismissed, appellant had filed a pro se "Petition for Release of Records" and a pro se "Petition for Release of Sealed Document." We also dismiss these motions for lack of jurisdiction.

Further, court reporter Amelia Guillen's notification of late record is NOTED. As this appeal has been dismissed for lack of jurisdiction, no reporter's record needs to be filed.

It is so **ORDERED** on this 29th day of January, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court